Todd A. VALLE, Appellant

v.

Tracy L. GREEN, Respondent.

No. WD 67477.

Missouri Court of Appeals,
Western District.

Oct. 2, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 20, 2007.

Todd A. Valle, Shawnee, KS, pro se.

David A. Lunceford, Esq., Lee's Summit, MO, for Respondent.

Before HOLLIGER, P.J.,
LOWENSTEIN and SMART, JJ.

*ORDER*

PER CURIAM.

Todd A. Valle filed an eleven point appeal from a judgment of dissolution and order of child custody. The court dismissed nine points but granted appellant review on the issue of custody and support. Affirmed. Rule 84.16(b).